Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>             Plaintiff,<br><br>     vs.<br><br>PICCOLO'S PIZZA, INC., et al.,<br><br>             Defendants. | No.  1:10-CV-02220-LJO-MJS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has appeared in this action;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed in this action;

Plaintiff hereby dismisses this action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Date: March 24, 2011                         MOORE LAW FIRM, P.C.


                                             /s/Tanya E. Moore
                                             Tanya E. Moore
                                             Attorneys for Plaintiff Ronald Moore

*Moore v. Piccolo's Pizza, Inc., et al.*
Notice of Voluntary Dismissal

Page 1

# ORDER

Good cause appearing,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated: __March 24, 2011__          __/s/ Lawrence J. O'Neill__
                                    UNITED STATES DISTRICT JUDGE

*Moore v. Piccolo's Pizza, Inc., et al.*
Notice of Voluntary Dismissal